IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CATHY S. CONAWAY, individually )
and in her capacity as )
Conservator of Betty L. Sanks; )
SANKS ENTERPRISES, INC.; and )
WILLIAM DILLARD; )
)
    Movants, )
)
v. ) CASE NO. MC416-011
)
H&R BLOCK EASTERN ENTERPRISES, )
INC., )
)
    Respondent. )
)

## O R D E R

Before the Court are Movants' Motion to Quash Subpoena Served Upon William E. Dillard III (Doc. 11), Motion for Protective Order (Doc. 13), Motion to Quash Subpoena Served Upon Cathy S. Conaway (Doc. 14), and Motion for Protective Order (Doc. 15). In these motions, Movants Dillard and Conaway seek an order from this Court relieving them from being deposed by Respondent H&R Block.

In support of these motions, Movant Dillard generally asserts that he should not be deposed because he is representing Movant Conaway in her efforts to quash certain discovery requests by Respondent made as part of a case filed in United States District Court for the Western

District of Missouri. Movant Conaway is not a party to that case. Movant Conaway simply states that appearing for her scheduled deposition presents an undue hardship because it is currently scheduled for two days prior to her son's wedding.

After careful consideration, Movants' motions are denied. Movant Dillard is not only permitted, but also obligated, to decline to answer any questions that would require the disclosure of privileged material. In addition, this Court is sympathetic to Movant Conaway's busy schedule so close to her son's wedding. However, the Court concludes that Movant Conaway's attendance at the deposition does not present an undue hardship sufficient to warrant excusing her on that day. If they wish, the parties may mutually agree to reschedule the deposition to a date more convenient to Movant Conaway.

SO ORDERED this 13th day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA