IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CATHY S. CONAWAY, individually and in her capacity as Conservator of Betty L. Sanks; SANKS ENTERPRISES, INC.; and WILLIAM DILLARD;<br><br>Movants,<br><br>v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC.,<br><br>Respondent. | CASE NO. MC416-011 |

## ORDER

Before the Court is Movants Cathy S. Conaway and Sanks Enterprises, Inc.'s Motion to Modify in Part and Quash in Part Subpoena. (Doc. 1.) This miscellaneous case concerns Respondent's efforts to obtain discovery in this district from Movants Conaway and Sanks Enterprises with respect to a case pending in United States District Court for the Western District of Missouri. Neither Movants Conaway nor Sanks are parties to that litigation. Because this is a non-dispositive, discovery motion, the Clerk of Court is **DIRECTED** to **REFER** this motion to Magistrate Judge G.R. Smith.

SO ORDERED this 19th day of December 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA